IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LARRY BURROWS,

     Appellant,

v.

     Case No. 5D21-2021
     LT Case No. 2018-CF-001593-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 23, 2023

Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Terrence E. Kehoe, of Law Office of
Terrence E. Kehoe, Orlando, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.